UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MICHAEL AARON MEARES,

                Petitioner,

v.                                       No. 5:23-CV-00197-H

KELLY ROWE,

                Respondent.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed without prejudice.

Dated December 12, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge